```
                          United States Bankruptcy Court
                          Southern District of Florida
In re:                                                               Case No. 18-16074-EPK
Vito Torchia, Jr.                                                    Chapter 7
         Debtor
                                 CERTIFICATE OF NOTICE
District/off: 113C-9          User: eisenberg               Page 1 of 2              Date Rcvd: May 22, 2018
                              Form ID: 309A                 Total Noticed: 65


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2018.
db             +Vito Torchia, Jr.,    3300 S Dixie Hwy, Unit 770,    West Palm Beach, FL 33405-1987
94528877       +Alan and Rocio Bergum,    2662 Snowdrop St,    San Diego, CA 92105-4621
94528878       +Amanda Morris and James Cassady,    1028 Iron Wheel St,    Santee, CA 92071-7603
94528880       +Apollo Pain Management,    1 SW 129th Ave,    Hollywood, FL 33027-1761
94528881       +Arnulfa Quinones,    1374 E 56th St,    Los Angeles, CA 90011-4833
94528882       +Arturo and Rochelle Calderon,    3114 Vaquero Ave,    Los Angeles, CA 90032-2820
94528892       +CMRE,   3075 E. Imperial Hwy, Ste 200,    Brea, CA 92821-6753
94528885       +California Business Bu,    4542 Ruffner St Ste 160,    San Diego, CA 92111-2238
94528890       +Christopher and Delia Chavez,    5205 El Palacio Dr,    Bakersfield, CA 93307-6982
94528891       +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
                 Saint Louis, MO 63179-0040
94528893       +Cross Check,   C/o Law Office of Joel Cardis, LLC,    2006 Swede Rd Ste 100,
                 Norristown, PA 19401-1787
94528894       +David A Clare, Esquire,    444 W Ocean Blvd, Suite 800,    Long Beach, CA 90802-4529
94528895       +FCPP776-Fullerton Ortho Surgery Group,    POB 748263,    Los Angeles, CA 90074-8263
94528897       +Fidelity Creditor Svc,    Attn: Bankruptcy,    441 N Varney St,    Burbank, CA 91502-1733
94528898       +Gerardo Guadarrama,    2468 Cleveland St,    San Bernardino, CA 92410-1122
94528902       +Javier Lopez,   1302 Feliz Dr,    Bakersfield, CA 93307-3519
94528903       +Jerome Grant,   POB 361903,    Milpitas, CA 95036-1903
94528904       +Jesse and Beatrice Chapman,    2857 Zane Grey Terr,    Altadena, CA 91001-1554
94528905       +John A. mayer,   MULVANEY BARRY BEATTY LINN& MAYERS LLP,     401 West A Street 17th Floor,
                 San Diego, CA 92101-7994
94528906       +John Nicholas,   c/o David E. Libman, Esq,    2041 N Main St, Suite A,
                 Santa Ana, CA 92706-2735
94528907        Kenneth and Katja Base,    C/o Law Office of Andrew  D. Weis,    24659 Rancho Parkway South,
                 Lake Forest, CA 92630
94528908        LabCorp,   POB 2240,    Burlington, NC 27216-2240
94528909       +Lawyer Assistant Program,    C/o Wakefield & Associates,    POB 248 830 E Platte Ave Unit,
                 Fort Morgan, CO 80701-0248
94528910       +Manuel and Roselia Quiroz,    4271 Quenton Dr,    Riverside, CA 92505-1554
94528911       +Maria Madrigal,    20463 Spring St,    Riverside, CA 92507-0127
94528913       +Mission Viejo Anes Cons I,    POB 8422,    Pasadena, CA 91109-8422
94528916       +Ncc Business Svcs Inc,    9428 Baymeadows Rd. Suite 200,    Jacksonville, FL 32256-7912
94528917       +Newport Emergency Medical Group,    POB 3495,    Toledo, OH 43607-0495
94528918       +Pedro and Rocio Hernandez,    16465 San Bernadino Ave,    Fontana, CA 92335-6544
94528919       +Progressive Management System,    POB 2220,    West Covina, CA 91793-2220
94528921       +Qualia Collections Services,    POB 5069,    Petaluma, CA 94955-5069
94528922       +Rancho Physical Therapy,    24630 Washington Ave. Suite 200,    Murrieta, CA 92562-6177
94528923        Robert and Joan Potter,    4724 Sierra Vista Ave, #310,    Riverside, CA 92505
94528924       +Romelia Magnetti,    1236 E Greenville Dr,    West Covina, CA 91790-5309
94528925       +Sanlin Pastore  & Hill Inc.,    C/o  James Fox APC,    21535 Hawthorn Blvd. Suite 210,
                 Torrance, CA 90503-6616
94528927       +Sleep Center Orange County,    4980 Barranca Pkwy Ste 170,    Irvine, CA 92604-8652
94528928       +Sprint,   POB 629023,    El Dorado Hills, CA 95762-9023
94528929       +State Bar of California,    Client Security Fund,    845 S Figueroa St,
                 Los Angeles, CA 90017-2515
94528932       +Tempoe LLC,    1750 Elm Street, Suite 1200,    Manchester, NH 03104-2907
94528933       +Theresa Irannejad,    1040 N Elsberry Ave,    La Puente, CA 91744-2313
94528934       +Thi Minh L Phuong Tran and David Tran,    C /o Charles Ton, Esq,    Freedom Law Group Inc,
                 7699 Westminister Blvd,    Westminster, CA 92683-3921
94528935       +Thomas Schmalzried M.D.,    17525 Ventura Blvd. #210,    Encino, CA 91316-5111
94528936       +Timothy and Corina Durrett,    1574 W McWethy St,    Rialto, CA 92376-4694
94528937        UC Irvine Medical Center,    POB 31001-1367,    Pasadena, CA 91110-1367
94528938       +United Law Group Inc.,    C/o Law Office of Thomas H. Casey,    22342 Avenida Empresa, Ste 200,
                 Rancho Santa Margarita, CA 92688-2148
94528939       +University of Anesthesia  Associates,    POB 54330,    Los Angeles, CA 90054-0330
94528899        hoag,    500 Superior Ave. Suite 250,    Newport Beach, CA 92663-3662

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: briankmcmahon@gmail.com May 23 2018 00:24:57      Brian K. McMahon, Esq.,
                 1401 Forum Way,    6th Floor,    West Palm Beach, FL  33401
tr             +E-mail/Text: deborah.menotte@txitrustee.com May 23 2018 00:26:01      Deborah Menotte,
                 POB 211087,    West Palm Beach, FL 33421-1087
smg             EDI: FLDEPREV.COM May 23 2018 04:13:00      Florida Department of Revenue,    POB 6668,
                 Bankruptcy Division,    Ft Lauderdale, FL  32314-6668
ust            +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov May 23 2018 00:25:27      Office of the US Trustee,
                 51 S.W. 1st Ave.,    Suite 1204,    Miami, FL 33130-1614
94528876       +EDI: AFNIRECOVERY.COM May 23 2018 04:13:00      Afni,    Attn: Bankruptcy,    Po Box 3097,
                 Bloomington, IL 61702-3097
94528879       +EDI: AMEREXPR.COM May 23 2018 04:13:00      Amex,    Correspondence,    Po Box 981540,
                 El Paso, TX 79998-1540
94528883       +EDI: BANKAMER.COM May 23 2018 04:13:00      Bank Of America,    Nc4-105-03-14,    Po Box 26012,
                 Greensboro, NC 27420-6012
```

```
District/off: 113C-9          User: eisenberg           Page 2 of 2            Date Rcvd: May 22, 2018
                              Form ID: 309A             Total Noticed: 65

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
94528884       +EDI: TSYS2.COM May 23 2018 04:13:00      Barclays Bank Delaware,    100 S West St,
                 Wilmington, DE 19801-5015
94528887        E-mail/Text: bankruptcy@cashcall.com May 23 2018 00:26:09       Cashcall Inc,    Attn: Bankruptcy,
                 1600 S Douglass Rd,    Anaheim, CA 92806
94528886       +EDI: CAPITALONE.COM May 23 2018 04:13:00      Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
94528888       +EDI: CAUT.COM May 23 2018 04:13:00      Chase Auto Finance,    National Bankruptcy Dept,
                 201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
94528889       +EDI: CHASE.COM May 23 2018 04:18:00      Chase Card Services,    Attn: Correspondence Dept,
                 Po Box 15298,   Wilmington, DE 19850-5298
94528896        E-mail/Text: bankruptcy@ftc.gov May 23 2018 00:25:54       Federal Trade Commission,
                 C/o Benjamin J. Theisman Attorney,    600 Pennsylvania Ave., NW,    Washington, DC 20580
94528900        EDI: IRS.COM May 23 2018 04:13:00      Internal Revenue Services,    Cincinnati, OH 45999-0202
94528914       +EDI: NAVIENTFKASMSERV.COM May 23 2018 04:13:00      Navient,    Attn: Bankruptcy,    Po Box 9500,
                 Wilkes-Barre, PA 18773-9500
94528920       +EDI: PMSCOLLECTS.COM May 23 2018 04:18:00      Progressive Management Systems,
                 1521 W Cameron Ave,    First Floor,    West Covina, CA 91790-2738
94528930       +EDI: STFM.COM May 23 2018 04:13:00      State Farm Bank,    Attn: Bankruptcy,    Po Box 2328,
                 Bloomington, IL 61702-2328
94528931       +EDI: CALTAX.COM May 23 2018 04:18:00      State of California,    Franchise Tax Board,
                 POB 942840,   Sacramento, CA 94240-0001
                                                                                              TOTAL: 18

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
94528901*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Services,    Ogden, UT 84201)
94528915*      +Navient,   Attn: Bankruptcy,    Po Box 9500,   Wilkes Barre, PA 18773-9500
94528912      ##+Mathew J. Slezak,   The Office of Sara J. Hamilton P.C.,    30 Corporate Park  Ste 211,
                 Irvine, CA 92606-3106
94528926      ##+Security Check,    2612 Jackson Ave W,    Oxford, MS 38655-5405
                                                                                   TOTALS: 0, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2018 at the address(es) listed below:
              Brian K. McMahon, Esq.   on behalf of Debtor Vito  Torchia, Jr. briankmcmahon@gmail.com,
               irizarryelise1@gmail.com
              Deborah Menotte    menottetrustee@gmail.com, ecf.alert+Menotte@titlexi.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                                                                             TOTAL: 3
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Vito Torchia Jr.** | Social Security number or ITIN **xxx–xx–8657** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Southern District of Florida** | Date case filed for chapter **7   5/21/18** |
| Case number: | **18–16074–EPK** | |

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay. The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See box 9)

**You may want to consult an attorney to protect your rights. The bankruptcy clerk's office staff cannot give legal advice.**
**To help creditors correctly identify debtors, debtors must submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court. Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**WARNING TO DEBTOR:** WITHOUT FURTHER NOTICE OR HEARING THE COURT MAY DISMISS YOUR CASE FOR FAILURE TO TIMELY PAY FILING FEE INSTALLMENTS, FAILURE TO APPEAR AT THE MEETING OF CREDITORS OR FAILURE TO TIMELY FILE REQUIRED SCHEDULES, STATEMENTS OR LISTS, AND FOR FAILURE TO FILE PRE–BANKRUPTCY CERTIFICATION OF CREDIT COUNSELING OR FILE WAGE DOCUMENTATION.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's Full Name** | Vito Torchia Jr. | |
| 2. | **All Other Names Used in the Last 8 Years** | | |
| 3. | **Address** | 3300 S Dixie Hwy, Unit 770<br>West Palm Beach, FL 33405 | |
| 4. | **Debtor's Attorney**<br>(or Pro Se Debtor)<br>Name and Address | Brian K. McMahon Esq.<br>1401 Forum Way<br>6th Floor<br>West Palm Beach, FL 33401 | Contact Phone 561–478–2500 |
| 5. | **Bankruptcy Trustee**<br>Name and Address | Deborah Menotte<br>POB 211087<br>West Palm Beach, FL 33421 | Contact Phone (561) 795–9640 |
| 6. | **Bankruptcy Clerk's Divisional Office Where Assigned Judge is Chambered** | Flagler Waterview Bldg<br>1515 N Flagler Dr #801<br>West Palm Beach FL 33401 | Hours open 8:30 a.m. – 4:00 p.m.<br>Contact Phone (561) 514–4100 |
| | Documents filed conventionally in paper may be filed at any bankruptcy clerk's office location. Documents may be viewed in electronic format via CM/ECF at any clerk's office public terminal (at no charge for viewing) or via PACER on the internet accessible at www.pacer.gov (charges will apply). Case filing and unexpired deadline dates can be obtained by calling the Voice Case Information System toll–free at (866) 222–8029. As mandated by the Department of Homeland Security, ALL visitors (except minors accompanied by an adult) to any federal building or courthouse, must present a current, valid, government issued photo identification (e.g. drivers' license, state identification card, passport, or immigration card.) | | **Note:** The clerk's office is closed on all legal holidays.<br><br>Clerk of Court: **Joseph Falzone**<br>Dated: **5/22/18** |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **7.**     ** MEETING OF CREDITORS ** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must be present with required original government–issued photo identification and proof of social security number (or if applicable, Tax ID). Creditors may attend, but are not required to do so. | **June 27, 2018** at **09:30 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **LOCATION:** <br><br> **Flagler Waterview Bldg, 1515 N Flagler Dr Rm 870, West Palm Beach, FL 33401** |
| **8. Presumption of Abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. Writing a letter to the court or judge is not sufficient. <br><br> A discharge of debtor will not be issued until the Official Bankruptcy Form "Certification About a Financial Management Course" is filed by the debtor (unless the course provider filed a certificate of completion of the financial management course on behalf of the debtor). | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br><br> if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6). <br><br> **You must file a motion** if you assert that <br> the discharge should be denied under § 727(a)(8) or (9). | **Filing Deadline:** 8/27/18 |
| | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. **The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions.** | **Filing Deadline:** 30 days after the *conclusion* of the meeting of creditors, or within 30 days of any amendment to the list of supplemental schedules, unless as otherwise provided under Bankruptcy Rule 1019(2)(B) and Local Rule 4003–1(B) for converted cases. |
| **10. Abandonment of Property by Trustee, Deadline to Object to Trustee's Report** | Pursuant to Local Rule 6007–1(A), the trustee will abandon at the meeting of creditors all property that the trustee has determined is of no value to the estate and file a report within two business days. Objections to the report must be filed within 14 days of the meeting. | |
| **11. Proof of Claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. If this case is converted from chapter 13, under Local Rules 1019–1(E) and 3002–1(A) it has been designated as a no asset case at this time. | |
| **12. Creditors with a Foreign Address** | Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **13. Option to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail** | 1) EBN program open to all parties. Register at the BNC website <u>ebn.uscourts.gov</u>, **OR** 2) DeBN program open to debtors only. Register by filing with the Clerk of Court, Local Form "Debtor's Request to Receive Electronically Under DeBN Program". There is no charge for either option. See also Local Rule 9036–1(B) and (C). | |
| **14. Translating Services** | Language interpretation of the meeting of creditors will be provided to the debtor at no cost, upon request to the trustee, through a telephone interpreter service. Persons with communications disabilities should contact the U.S. Trustee's office to arrange for translating services at the meeting of creditors. | |