Certificate Number: 16339-FLS-DE-031103249

Bankruptcy Case Number: 18-16074



16339-FLS-DE-031103249

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 29, 2018</u>, at <u>10:43</u> o'clock <u>PM EDT</u>, <u>Vito Torchia</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Southern District of Florida</u>.

Date:  <u>May 29, 2018</u>

By:  <u>/s/Kelley Tipton</u>

Name:  <u>Kelley Tipton</u>

Title:  <u>Certified Financial Counselor</u>