```
                            United States Bankruptcy Court
                             Southern District of Florida
In re:                                                           Case No. 18-16074-EPK
Vito Torchia, Jr.                                                Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 113C-9          User: admin              Page 1 of 2              Date Rcvd: Jul 02, 2018
                              Form ID: CGFD65          Total Noticed: 62


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 04, 2018.
db             +Vito Torchia, Jr.,    3300 S Dixie Hwy, Unit 770,    West Palm Beach, FL 33405-1987
smg             Florida Department of Revenue,    POB 6668,   Bankruptcy Division,
                 Ft Lauderdale, FL 32314-6668
94528877       +Alan and Rocio Bergum,    2662 Snowdrop St,    San Diego, CA 92105-4621
94528878       +Amanda Morris and James Cassady,    1028 Iron Wheel St,    Santee, CA 92071-7603
94528879       +Amex,   Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
94528880       +Apollo Pain Management,    1 SW 129th Ave,    Hollywood, FL 33027-1761
94528881       +Arnulfa Quinones,    1374 E 56th St,    Los Angeles, CA 90011-4833
94528882       +Arturo and Rochelle Calderon,    3114 Vaquero Ave,    Los Angeles, CA 90032-2820
94528884       +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
94528892       +CMRE,   3075 E. Imperial Hwy, Ste 200,    Brea, CA 92821-6753
94528885       +California Business Bu,    4542 Ruffner St Ste 160,    San Diego, CA 92111-2238
94528889       +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,   Wilmington, DE 19850-5298
94528890       +Christopher and Delia Chavez,    5205 El Palacio Dr,    Bakersfield, CA 93307-6982
94528891       +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
                 Saint Louis, MO 63179-0040
94528893       +Cross Check,    C/o Law Office of Joel Cardis, LLC,    2006 Swede Rd Ste 100,
                 Norristown, PA 19401-1787
94528894       +David A Clare, Esquire,    444 W Ocean Blvd, Suite 800,    Long Beach, CA 90802-4529
94528895       +FCPP776-Fullerton Ortho Surgery Group,    POB 748263,    Los Angeles, CA 90074-8263
94528897       +Fidelity Creditor Svc,    Attn: Bankruptcy,    441 N Varney St,   Burbank, CA 91502-1733
94528898       +Gerardo Guadarrama,    2468 Cleveland St,    San Bernardino, CA 92410-1122
94528902       +Javier Lopez,    1302 Feliz Dr,    Bakersfield, CA 93307-3519
94528903       +Jerome Grant,    POB 361903,    Milpitas, CA 95036-1903
94528904       +Jesse and Beatrice Chapman,    2857 Zane Grey Terr,    Altadena, CA 91001-1554
94528905       +John A. mayer,    MULVANEY BARRY BEATTY LINN& MAYERS LLP,    401 West A Street 17th Floor,
                 San Diego, CA 92101-7994
94528906       +John Nicholas,    c/o David E. Libman, Esq,    2041 N Main St, Suite A,
                 Santa Ana, CA 92706-2735
94528907        Kenneth and Katja Base,    C/o Law Office of Andrew D. Weis,    24659 Rancho Parkway South,
                 Lake Forest, CA 92630
94528908        LabCorp,    POB 2240,   Burlington, NC 27216-2240
94528909       +Lawyer Assistant Program,    C/o Wakefield & Associates,    POB 248 830 E Platte Ave Unit,
                 Fort Morgan, CO 80701-0248
94528910       +Manuel and Roselia Quiroz,    4271 Quenton Dr,    Riverside, CA 92505-1554
94528911       +Maria Madrigal,    20463 Spring St,    Riverside, CA 92507-0127
94528913       +Mission Viejo Anes Cons I,    POB 8422,    Pasadena, CA 91109-8422
94528916       +Ncc Business Svcs Inc,    9428 Baymeadows Rd. Suite 200,    Jacksonville, FL 32256-7912
94528917        Newport Emergency Medical Group,    POB 3495,    Toledo, OH 43607-0495
94528918       #+Pedro and Rocio Hernandez,    16465 San Bernadino Ave,    Fontana, CA 92335-6544
94528919       +Progressive Management System,    POB 2220,    West Covina, CA 91793-2220
94528921       +Qualia Collections Services,    POB 5069,    Petaluma, CA 94955-5069
94528922       +Rancho Physical Therapy,    24630 Washington Ave. Suite 200,    Murrieta, CA 92562-6177
94528923        Robert and Joan Potter,    4724 Sierra Vista Ave, #310,    Riverside, CA 92505
94528924       +Romelia Magnetti,    1236 E Greenville Dr,    West Covina, CA 91790-5309
94528925       +Sanlin Pastore & Hill Inc.,    C/o James Fox APC,    21535 Hawthorn Blvd. Suite 210,
                 Torrance, CA 90503-6616
94528927       +Sleep Center Orange County,    4980 Barranca Pkwy Ste 170,    Irvine, CA 92604-8652
94528928       +Sprint,    POB 629023,   El Dorado Hills, CA 95762-9023
94528929       +State Bar of California,    Client Security Fund,    845 S Figueroa St,
                 Los Angeles, CA 90017-2515
94528930       +State Farm Bank,    Attn: Bankruptcy,    Po Box 2328,    Bloomington, IL 61702-2328
94528932       +Tempoe LLC,    1750 Elm Street, Suite 1200,    Manchester, NH 03104-2907
94528933       +Theresa Irannejad,    1040 N Elsberry Ave,    La Puente, CA 91744-2313
94528934       +Thi Minh L Phuong Tran and David Tran,    C /o Charles Ton, Esq,    Freedom Law Group Inc,
                 7699 Westminister Blvd,    Westminster, CA 92683-3921
94528935       +Thomas Schmalzried M.D.,    17525 Ventura Blvd. #210,    Encino, CA 91316-5111
94528936       +Timothy and Corina Durrett,    1574 W McWethy St,    Rialto, CA 92376-4694
94528937        UC Irvine Medical Center,    POB 31001-1367,    Pasadena, CA 91110-1367
94528938       +United Law Group Inc.,    C/o Law Office of Thomas H. Casey,    22342 Avenida Empresa, Ste 200,
                 Rancho Santa Margarita, CA 92688-2148
94528939       +University of Anesthesia Associates,    POB 54330,    Los Angeles, CA 90054-0330
94528899        hoag,    500 Superior Ave. Suite 250,    Newport Beach, CA 92663-3662

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
94528876       +E-mail/Text: EBNProcessing@afni.com Jul 03 2018 02:18:26     Afni,   Attn: Bankruptcy,
                 Po Box 3097,    Bloomington, IL 61702-3097
94538787       +E-mail/Text: bnc@atlasacq.com Jul 03 2018 02:16:34     Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
94528887        E-mail/Text: bankruptcy@cashcall.com Jul 03 2018 02:19:22     Cashcall Inc,   Attn: Bankruptcy,
                 1600 S Douglass Rd,    Anaheim, CA 92806
94528886       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 03 2018 02:29:20     Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
```

```
District/off: 113C-9          User: admin              Page 2 of 2                   Date Rcvd: Jul 02, 2018
                              Form ID: CGFD65          Total Noticed: 62
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
94528888       +E-mail/Text: bk.notifications@jpmchase.com Jul 03 2018 02:17:46      Chase Auto Finance,
                 National Bankruptcy Dept,    201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
94528896        E-mail/Text: bankruptcy@ftc.gov Jul 03 2018 02:18:48      Federal Trade Commission,
                 C/o Benjamin J. Theisman Attorney,    600 Pennsylvania Ave., NW,    Washington, DC 20580
94528900        E-mail/Text: cio.bncmail@irs.gov Jul 03 2018 02:17:04      Internal Revenue Services,
                 Cincinnati, OH 45999-0202
94528914       +E-mail/PDF: pa_dc_claims@navient.com Jul 03 2018 02:10:14      Navient,   Attn: Bankruptcy,
                 Po Box 9500,    Wilkes-Barre, PA 18773-9500
94528920       +E-mail/Text: bankruptcy@pmscollects.com Jul 03 2018 02:19:24      Progressive Management Systems,
                 1521 W Cameron Ave,    First Floor,    West Covina, CA 91790-2738
94528931       +E-mail/Text: BKBNCNotices@ftb.ca.gov Jul 03 2018 02:19:40      State of California,
                 Franchise Tax Board,    POB 942840,    Sacramento, CA 94240-0001
                                                                                               TOTAL: 10

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
94528901*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court:  Internal Revenue Services,   Ogden, UT 84201)
94528915*      +Navient,   Attn: Bankruptcy,    Po Box 9500,   Wilkes Barre, PA 18773-9500
94528883      ##+Bank Of America,    Nc4-105-03-14,    Po Box 26012,   Greensboro, NC 27420-6012
94528912      ##+Mathew J. Slezak,    The Office of Sara J. Hamilton P.C.,    30 Corporate Park  Ste 211,
                 Irvine, CA 92606-3106
94528926      ##+Security Check,    2612 Jackson Ave W,    Oxford, MS 38655-5405
                                                                                        TOTALS: 0, * 2, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2018 at the address(es) listed below:
```
              Atlas Acquisitions,LLC    bk@atlasacq.com
              Brian K. McMahon, Esq.    on behalf of Debtor Vito  Torchia, Jr. briankmcmahon@gmail.com,
               irizarryelise1@gmail.com
              Deborah Menotte    menottetrustee@gmail.com, ecf.alert+Menotte@titlexi.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

**CGFD65** (10/01/16)



**ORDERED in the Southern District of Florida on July 2, 2018**

**Erik P. Kimball**
United States Bankruptcy Judge

# United States Bankruptcy Court
### Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 18−16074−EPK**
**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Vito Torchia Jr.
3300 S Dixie Hwy, Unit 770
West Palm Beach, FL 33405

SSN: xxx−xx−8657

## ORDER DETERMINING DEBTOR'S
## COMPLIANCE WITH FILING REQUIREMENTS OF §521(a)(1)

     Pursuant to 11 U.S.C. §521(i), if an individual debtor in a voluntary case under chapter 7 or 13 fails to file all of the information required under 11 U.S.C. §521(a)(1) within 45 days after the date of the filing of the petition, the case shall be automatically dismissed effective on the 46th day after the date of the filing of the petition.

*Page 1 of 2*

The information required by 11 U.S.C. §521(a)(1) as provided by the debtor* in this case is complete to the satisfaction of the trustee and no creditor or other party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. §521(i)(2) as provided under Local Rule 1017–2(A)(2). Based upon the trustee's review, the court has determined that the debtor has complied with the information requirements of 11 U.S.C. §521(a)(1).

Accordingly, it is

**ORDERED:**

1. This case is not subject to automatic dismissal under 11 U.S.C. §521(i)(1) or (2).

2. If any creditor or other party in interest has any reason to contest the court's finding that the debtor has filed all information required by 11 U.S.C. §521(a)(1), that party shall file an objection not later than 21 days from the date of the entry of this Order, and serve such objection on the trustee, the United States Trustee, debtor, and debtor's counsel, if any. The objection should specifically identify the information and document(s) required by 11 U.S.C. §521(a)(1) that the debtor has failed to file.

3. Each creditor or other party in interest served with this Order who does not file an objection within the 21 day deadline set forth above has waived the right to file a motion to dismiss this bankruptcy case for the debtor's failure to comply with 11 U.S.C. §521(a)(1).

4. Nothing in this Order shall excuse the debtor's duty to cooperate with the United States Trustee and the trustee assigned to this case, and shall not prevent the United States Trustee or case trustee from requesting by any authorized means, including, but not limited to motion, that the debtor supply further information.

The clerk shall serve a copy of this order on all parties of record.

# # #

* All references to "debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

*Page 2 of 2*