UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:  VITO TORCHIA, JR

CASE NO: 18-16074

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter:
ECF Docket Reference No. 16

On 7/16/2018, I did cause a copy of the following documents, described below,

Amended Schedules ECF Docket Reference No. 16

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/16/2018

/s/ Brian K. McMahon
Brian K. McMahon  853704
Brian K. McMahon, P.A.
1401 Forum Way, 6th Floor
West Palm Beach, FL  33401
561 478 2500

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE: VITO TORCHIA, JR

CASE NO: 18-16074

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter:
ECF Docket Reference No. 16

On 7/16/2018, a copy of the following documents, described below,

Amended Schedules ECF Docket Reference No. 16

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/16/2018

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Brian K. McMahon
Brian K. McMahon, P.A.
1401 Forum Way, 6th Floor
West Palm Beach, FL  33401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL NOTICE
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO
LABEL MATRIX FOR LOCAL NOTICING
113C9
CASE 18-16074-EPK
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH
FRI JUL 13 16-36-32 EDT 2018

ATLAS ACQUISITIONSLLC
ATLAS ACQUISITIONS LLC
CO AVI SCHILD
294 UNION ST
HACKENSACK NJ 07601-4303

AFNI
ATTN BANKRUPTCY
PO BOX 3097
BLOOMINGTON IL 61702-3097

ALAN AND ROCIO BERGUM
2662 SNOWDROP ST
SAN DIEGO CA 92105-4621

AMANDA MORRIS AND JAMES CASSADY
1028 IRON WHEEL ST
SANTEE CA 92071-7603

AMEX
CORRESPONDENCE
PO BOX 981540
EL PASO TX 79998-1540

APOLLO PAIN MANAGEMENT
1 SW 129TH AVE
HOLLYWOOD FL 33027-1761

ARNULFA QUINONES
1374 E 56TH ST
LOS ANGELES CA 90011-4833

ARTURO AND ROCHELLE CALDERON
3114 VAQUERO AVE
LOS ANGELES CA 90032-2820

ATLAS ACQUISITIONS LLC
294 UNION ST
HACKENSACK NJ 07601-4303

BANK OF AMERICA
NC41050314
PO BOX 26012
GREENSBORO NC 27420-6012

BARCLAYS BANK DELAWARE
100 S WEST ST
WILMINGTON DE 19801-5015

CMRE
3075 E IMPERIAL HWY STE 200
BREA CA 92821-6753

CALIFORNIA BUSINESS BU
4542 RUFFNER ST STE 160
SAN DIEGO CA 92111-2238

CAPITAL ONE
ATTN GENERAL CORRESPONDENCEBANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CASHCALL INC
1 CITY BOULEVARD WEST
SUITE 1000
ORANGE CA 92868-3611

CHASE AUTO FINANCE
NATIONAL BANKRUPTCY DEPT
201 N CENTRAL AVE MS AZ1-1191
PHOENIX AZ 85004-1071

CHASE CARD SERVICES
ATTN CORRESPONDENCE DEPT
PO BOX 15298
WILMINGTON DE 19850-5298

CHRISTOPHER AND DELIA CHAVEZ
5205 EL PALACIO DR
BAKERSFIELD CA 93307-6982

CITICARDS CBNA
CITICORP CREDIT SVCCENTRALIZED
BANKRUPT
PO BOX 790040
SAINT LOUIS MO 63179-0040

CROSS CHECK
CO LAW OFFICE OF JOEL CARDIS LLC
2006 SWEDE RD STE 100
NORRISTOWN PA 19401-1787

DAVID A CLARE ESQUIRE
444 W OCEAN BLVD SUITE 800
LONG BEACH CA 90802-4529

FCPP776 FULLERTON ORTHO SURGERY GROUP
POB 748263
LOS ANGELES CA 90074-8263

FEDERAL TRADE COMMISSION
ASSOCIATE DIRECTOR
DIVISION OF ENFORCEMENT
600 PENNSYLVANIA AVE NW MAIL DROP NJ
-2122
WASHINGTON DC 20580-0001

FIDELITY CREDITOR SVC
ATTN BANKRUPTCY
441 N VARNEY ST
BURBANK CA 91502-1733

GERARDO GUADARRAMA
2468 CLEVELAND ST
SAN BERNARDINO CA 92410-1122

INTERNAL REVENUE SERVICES
CINCINNATI OH 459990202

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

JAVIER LOPEZ
1302 FELIZ DR
BAKERSFIELD CA 93307-3519

JEROME GRANT
POB 361903
MILPITAS CA 95036-1903

JESSE AND BEATRICE CHAPMAN
2857 ZANE GREY TERR
ALTADENA CA 91001-1554

JOHN A MAYER
MULVANEY BARRY BEATTY LINN MAYERS LLP
401 WEST A STREET 17TH FLOOR
SAN DIEGO CA 92101-7994

JOHN NICHOLAS
CO DAVID E LIBMAN ESQ
2041 N MAIN ST SUITE A
SANTA ANA CA 92706-2735

KENNETH AND KATJA BASE
CO LAW OFFICE OF ANDREW D WEIS
24659 RANCHO PARKWAY SOUTH
LAKE FOREST CA 92630

LABCORP
POB 2240
BURLINGTON NC 27216-2240

LAWYER ASSISTANT PROGRAM
CO WAKEFIELD ASSOCIATES
POB 248 830 E PLATTE AVE UNIT
FORT MORGAN CO 80701-0248

MANUEL AND ROSELIA QUIROZ
4271 QUENTON DR
RIVERSIDE CA 92505-1554

MARIA MADRIGAL
20463 SPRING ST
RIVERSIDE CA 92507-0127

MATHEW J SLEZAK
THE OFFICE OF SARA J HAMILTON PC
30 CORPORATE PARK STE 211
IRVINE CA 92606-3106

MISSION VIEJO ANES CONS I
POB 8422
PASADENA CA 91109-8422

NAVIENT
ATTN BANKRUPTCY
PO BOX 9500
WILKES BARRE PA 18773-9500

NCC BUSINESS SVCS INC
9428 BAYMEADOWS RD SUITE 200
JACKSONVILLE FL 32256-7912

NEWPORT EMERGENCY MEDICAL GROUP
POB 3495
TOLEDO OH 43607-0495

OFFICE OF THE US TRUSTEE
51 SW 1ST AVE
SUITE 1204
MIAMI FL 33130-1614

PEDRO AND ROCIO HERNANDEZ
16465 SAN BERNADINO AVE
FONTANA CA 92335-6544

PROGRESSIVE MANAGEMENT SYSTEM
POB 2220
WEST COVINA CA 91793-2220

PROGRESSIVE MANAGEMENT SYSTEMS
1521 W CAMERON AVE
FIRST FLOOR
WEST COVINA CA 91790-2738

QUALIA COLLECTIONS SERVICES
POB 5069
PETALUMA CA 94955-5069

RANCHO PHYSICAL THERAPY
24630 WASHINGTON AVE SUITE 200
MURRIETA CA 92562-6177

ROBERT AND JOAN POTTER
4724 SIERRA VISTA AVE 310
RIVERSIDE CA 92505

ROMELIA MAGNETTI
1236 E GREENVILLE DR
WEST COVINA CA 91790-5309

SANLIN PASTORE  HILL INC
CO JAMES FOX APC
21535 HAWTHORN BLVD SUITE 210
TORRANCE CA 90503-6616

SECURITY CHECK
2612 JACKSON AVE W
OXFORD MS 38655-5405

SLEEP CENTER ORANGE COUNTY
4980 BARRANCA PKWY STE 170
IRVINE CA 92604-8652

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

SPRINT
POB 629023
EL DORADO HILLS CA 95762-9023

STATE BAR OF CALIFORNIA
CLIENT SECURITY FUND
845 S FIGUEROA ST
LOS ANGELES CA 90017-2515

STATE FARM BANK
ATTN BANKRUPTCY
PO BOX 2328
BLOOMINGTON IL 61702-2328

STATE OF CALIFORNIA
FRANCHISE TAX BOARD
POB 942840
SACRAMENTO CA 94240-0001

TEMPOE LLC
1750 ELM STREET SUITE 1200
MANCHESTER NH 03104-2907

THERESA IRANNEJAD
1040 N ELSBERRY AVE
LA PUENTE CA 91744-2313

THI MINH L PHUONG TRAN AND DAVID TRAN
C O CHARLES TON ESQ
FREEDOM LAW GROUP INC
7699 WESTMINISTER BLVD
WESTMINSTER CA 92683-3921

THOMAS SCHMALZRIED MD
17525 VENTURA BLVD 210
ENCINO CA 91316-5111

TIMOTHY AND CORINA DURRETT
1574 W MCWETHY ST
RIALTO CA 92376-4694

UC IRVINE MEDICAL CENTER
POB 310011367
PASADENA CA 91110-1367

UNITED LAW GROUP INC
CO LAW OFFICE OF THOMAS H CASEY
22342 AVENIDA EMPRESA STE 200
RANCHO SANTA MARGARITA CA 92688-2148

UNIVERSITY OF ANESTHESIA ASSOCIATES
POB 54330
LOS ANGELES CA 90054-0330

HOAG
500 SUPERIOR AVE SUITE 250
NEWPORT BEACH CA 92663-3662

BRIAN K MCMAHON ESQ
1401 FORUM WAY
6TH FLOOR
WEST PALM BEACH FL 33401-2325

DEBORAH MENOTTE
POB 211087
WEST PALM BEACH FL 33421-1087

DEBTOR

VITO TORCHIA JR
3300 S DIXIE HWY UNIT 770
WEST PALM BEACH FL 33405-1987